FILED
January 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| SEAN MCNAMARA, § | |
| Plaintiff, § | |
| v. § | NO. SA-25-CV-1577-OLG |
| OFFICER ORTEGA, Badge #6120, § Natalia Police Department, CITY OF § NATALIA, TEXAS, NATALIA § POLICE DEPARTMENT, § | |
| Defendants. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed December 8, 2025, concerning Plaintiff's proposed complaint (*See* R&R, Dkt. No. 6.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on December 8, 2025 (*see* Dkt. No. 8) and received on December 11, 2025 (*see* Dkt. No. 11). Plaintiff timely filed her objections (Dkt. No. 13)—along with a separate Motion for De Novo Review (Dkt. No. 12)—on December 16, 2025.

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has reviewed the recommendation de novo and finds that Plaintiff's objections should be and hereby are **OVERRULED**. The Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 6) and, for the reasons set forth therein, Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e).

All other pending motions are **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 9th day of January 2026.

ORLANDO L. GARCIA
United States District Judge